**Kareemah Yasmina BELL, Plaintiff—Appellant,**

v.

**Stacie BELL, Defendant—Appellee.**

**No. 07–1421.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 5, 2007.

Kareemah Yasmina Bell, Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareemah Yasmina Bell appeals the district court's order dismissing her employment discrimination action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bell v. Bell,* No. 1:06–cv–01369–CHM (E.D. Va. filed Mar. 30, 2007; entered Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*